UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-61779-Civ-COOKE/WHITE
(12-60082-Cr-ROSENBAUM)

TOSHCHO ILYEFF,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING CERTIFICATE OF APPEALABILITY

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 4). On June 25, 2014, Judge White issued a Report of Magistrate Judge (ECF No. 12), recommending that (i) Toshcho Ilyeff's Motion for Time Reduction by an Inmate in Federal Custody Under 28 U.S.C. § 2255 (ECF No. 1), construed as a Motion to Vacate pursuant to 28 U.S.C. § 2255, be dismissed as procedurally defaulted from federal habeas review for failing to raise the issues on direct appeal or, in the alternative, denied on the merits, and that (ii) a certificate of appealability be denied.

Petitioner Toshcho Ilyeff did not file objections to the Report of Magistrate Judge, and the time to do so has passed. I have considered Judge White's Report and Recommendation, and I have made a *de novo* review of the record. I find Judge White's Report and Recommendation clear, cogent, and compelling.

It is **ORDERED and ADJUDGED** that Judge White's Report and Recommendation (ECF No. 12) with respect to the merits of the case is **AFFIRMED and**

**ADOPTED**.  Accordingly, Mr. Ilyeff's Motion for Time Reduction by an Inmate in Federal Custody Under 28 U.S.C. § 2255 is **DENIED**.  The Clerk is directed to **CLOSE** this case.  All pending motions, if any, are **DENIED** *as moot*.

It is further **ORDERED and ADJUDGED** that Petitioner has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability).  Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 29th day of January 2015.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White*, U.S. Magistrate Judge
*Toshcho Ilyeff*, pro se
*Counsel of Record*